# EXHIBIT A

**Fisher Broyles**

Richard Reiter
Partner
Richard.Reiter@fisherbroyles.com
Direct: 914.523.2976
445 Park Avenue
New York, New York 10022
www.FisherBroyles.com

January 10, 2023

<u>*Via Online Submission*</u>

Attorney General Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME 04333

Re:   Data Security Incident

Dear Attorney General Frey:

FisherBroyles, LLP represents Maternal & Family Health Services, Inc. ("MFHS"), located at 15 Public Square, Suite 600, Wilkes-Barre, PA 18701, with respect to a data security incident described in more detail below. MFHS takes the security and privacy of the information in its control seriously and has taken steps to prevent a similar incident from occurring in the future.

1. **Description of the Incident.**

On or about April 4, 2022, MFHS experienced a ransomware incident which may have resulted in the inadvertent exposure of personal information. MFHS has since worked diligently to determine what happened and what information was involved as a result of this Incident.

While MFHS did not become aware of the incident until April 4, 2022, based on the evidence available, an investigation conducted by third-party forensic specialists determined that the unauthorized activity occurred between August 21, 2021 and April 4, 2022. Following the forensic investigation, an extensive data mining exercise was conducted to identify the potentially impacted individuals and what elements of personally identifiable information may be contained therein. MFHS later worked diligently to aggregate address information for those individuals who the data mining exercise was unable to locate an address for. The investigation and data mining exercise determined that the following elements of personal information of Maine residents were potentially accessed and/or acquired by an unauthorized individual: names, addresses, dates of birth, driver's license numbers, passport information, Social Security numbers, financial account information, medical information and health insurance information. The elements of personal information that may have been exposed as a result of this incident varies per individual.

As of this writing, MFHS has not received any reports of fraud or identity theft related to this matter.

FisherBroyles

2. **Number of Maine residents affected.**

MFHS discovered that the Incident may have resulted in the unauthorized exposure of information pertaining to sixty-eight (68) Maine residents. Notification letters to these individuals were mailed on January 3, 2023 and January 4, 2023, via First Class Mail. Sample copies of the notification letters are attached as **Exhibit A**.

3. **Steps taken.**

Upon discovery of the Incident, MFHS reported the Incident to law enforcement and worked with cybersecurity counsel and forensic experts to investigate how the Incident occurred and what information was potentially compromised. MFHS is committed to ensuring the security of all information in its control and is taking steps to prevent a similar event from occurring in the future, including strengthening its security posture. Additionally, the notified Maine residents whose Social Security number and/or financial account information were potentially compromised will be offered complimentary identity theft and credit monitoring services for twelve (12) months.

4. **Contact information.**

MFHS remains dedicated to protecting the sensitive information within its control. If you have any questions or need additional information, please do not hesitate to contact me at Richard.Reiter@fisherbroyles.com or (914) 523-2976.

Very truly yours,

*Richard Reiter*

Richard Reiter, Partner

FisherBroyles, LLP

Fisher Broyles

# EXHIBIT A


Return to IDX:
P.O. Box 989728
West Sacramento, CA 95798-9728

To Enroll, Please Visit:
https://response.idx.us/mfhs
Or Call:
**(833) 896-7339**
Enrollment Code: <<Enrollment Code>>

*Via First-Class Mail*

<<First Name>> <<Middle Initial>> <<Last Name>> <<Suffix>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>

January 3, 2023

**Notice of Data <<Incident/Breach>>**

Dear <<First Name>> <<Last Name>>:

Maternal & Family Health Services recently experienced a data security incident which may have affected your personal information. We take the protection and proper use of your information seriously and sincerely apologize for any inconvenience this incident may cause. This letter contains additional information about the incident, our response to this incident and steps you can take to protect yourself. <<CA Residents: This notification was not delayed by law enforcement.>>

**What Happened**

On or about April 4, 2022, Maternal & Family Health Services experienced a ransomware incident. During a typical ransomware incident, cybercriminals try to "lock" an organization's digital files in an attempt to get paid for a digital key to unlock the files. We promptly launched an investigation, engaged a national cybersecurity firm to assist in assessing the scope of the incident and took steps to mitigate the potential impact to our community. Unfortunately, these types of incidents are becoming increasingly common and even organizations with some of the most sophisticated IT infrastructure available are affected. We have worked diligently to determine what happened and what information was involved as a result of this incident. A third-party forensic investigation determined the incident occurred between August 21, 2021 and April 4, 2022. <<RI Residents: The forensic investigation further determined that the incident potentially impacted approximately <<number>> Rhode Island residents.>>

**What Information Was Involved**

The elements of your personal information that may have been compromised may have included, and potentially were not limited to, your: name, address, date of birth, Social Security number, driver's license number, financial account/payment card information, medical information and/or health insurance information. Please note that there is no evidence at this time that any of your personal information has been misused as a result of the incident.

**What We Are Doing**

We are working with cybersecurity counsel to determine the actions to take in response to the incident. Together, we continue to investigate and closely monitor the situation. Further, we are taking steps to strengthen our security posture to prevent a similar event from occurring again in the future.

Out of an abundance of caution, we have arranged for you to enroll in a complementary, credit monitoring and identity theft protection services through IDX, the data breach and recovery services expert. IDX identity protection services include: <<twelve (12)/twenty-four (24)>> months of credit and CyberScan monitoring, a $1,000,000 insurance

Maternal & Family Health Services | 15 Public Square, Suite 600, Wilkes-Barre, PA 18701

reimbursement policy, and fully managed id theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.

**What You Can Do**

To enroll in the complimentary credit monitoring service that we are offering you, please go to https://response.idx.us/mfhs and using Enrollment Code <<Enrollment Code>>, follow the steps to receive the credit monitoring service online within minutes. If you do not have access to the Internet and wish to enroll, please call IDX's toll-free hotline at (833) 896-7339.

You can sign up for the online or offline credit monitoring service anytime between now and April 3, 2023. Due to privacy laws, we cannot register you directly. Please note that credit monitoring services might not be available for individuals who do not have a credit file with TransUnion or an address in the United States (or its territories) and a valid Social Security number. Enrolling in this service will not affect your credit score.

Once you are enrolled, you will be able to obtain <<twelve (12)/twenty-four (24)>> months of credit monitoring service which will notify you if there are any critical changes to your credit file at TransUnion, including fraud alerts, new inquiries, new accounts, new public records, late payments, changes of address, and more. The service also includes access to an identity restoration program that provides assistance in the event that your identity is compromised and up to $1,000,000 in identity theft insurance with no deductible. (Policy limitations and exclusions may apply.)

At this time, we are not aware of anyone experiencing fraud as a result of this incident. We encourage you to remain vigilant, monitor your accounts, and immediately report any suspicious activity or suspected misuse of your personal information. Additionally, we recommend that you review the following page, which contains important additional information about steps you can take to safeguard your personal information, such as the implementation of fraud alerts and security freezes.

**For More Information**

Please know that the protection of your personal information is a top priority, and we sincerely apologize for any concern or inconvenience that this matter may cause you. If you have any questions, please do not hesitate to call (833) 896-7339, Monday – Friday, 9 am - 9 pm Eastern Time.

Sincerely,

Maternal & Family Health Services

*Additional Important Information*

**For residents of *Hawaii, Michigan, Missouri, North Carolina, Vermont, Virginia, and Wyoming*:** It is recommended by state law that you remain vigilant for incidents of fraud and identity theft by reviewing credit card account statements and monitoring your credit report for unauthorized activity.

**For residents of *Illinois, Iowa, Maryland, Missouri, North Carolina, Oregon,* and *West Virginia*:** It is required by state laws to inform you that you may obtain a copy of your credit report, free of charge, whether or not you suspect any unauthorized activity on your account. You may obtain a free copy of your credit report from each of the three nationwide credit reporting agencies. To order your free credit report, please visit www.annualcreditreport.com, or call toll-free at 1-877-322-8228. You can also order your annual free credit report by mailing a completed Annual Credit Report Request Form (available at https://www.consumer.ftc.gov/articles/0155-free-credit-reports) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281.

**For residents of *Vermont*:** If you do not have internet access but would like to learn more about how to place a security freeze on your credit report, contact the Vermont Attorney General's Office at 802-656-3183 (800-649-2424 toll free in Vermont only).

**For residents of *New Mexico*:** Individuals interacting with credit reporting agencies have rights under the Fair Credit Reporting Act. We encourage you to review your rights under the Fair Credit Reporting Act by visiting https://files.consumerfinance.gov/f/documents/bcfp_consumer-rights-summary_2018-09.pdf, or by requesting information in writing from the Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

**For Residents of *Washington, D.C.*:** You can obtain information about steps to take to avoid identity theft from the Office of the Attorney General for the District of Columbia at: 441 4th Street, NW, Washington, DC 20001; 202-727-3400; www.oag.dc.gov.

**For residents of *Iowa*:** State law advises you to report any suspected identity theft to law enforcement or to the Attorney General.

**For residents of *Oregon*:** State laws advise you to report any suspected identity theft to law enforcement, including the Attorney General, and the Federal Trade Commission.

*For residents of Maryland, Rhode Island, Illinois, New York, and North Carolina:* You can obtain information from the Maryland and North Carolina Offices of the Attorney General and the Federal Trade Commission about fraud alerts, security freezes, and steps you can take toward preventing identity theft.

**Maryland Office of the Attorney General** Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202 1-888-743-0023 www.oag.state.md.us

**Rhode Island Office of the Attorney General** Consumer Protection, 150 South Main Street, Providence, RI 02903 1-401-274-4400 www.riag.ri.gov

**North Carolina Office of the Attorney General** Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001 1-877-566-7226 www.ncdoj.com

**Federal Trade Commission** Consumer Response Center, 600 Pennsylvania Ave, NW Washington, DC 20580 1-877-IDTHEFT (438-4338) www.ftc.gov/idtheft

**New York Office of Attorney General** Consumer Frauds & Protection, The Capitol, Albany, NY 12224 1-800-771-7755 https://ag.ny.gov/consumer-frauds/identity-theft

**For residents of *Massachusetts and Rhode Island*:** It is required by state law that you are informed of your right to obtain a police report if you are a victim of identity theft.

**For residents of all states:**

**Fraud Alerts:** You can place fraud alerts with the three credit bureaus by phone and online with Equifax (https://assets.equifax.com/assets/personal/Fraud_Alert_Request_Form.pdf); TransUnion (https://www.transunion.com/fraud-alerts); or Experian (https://www.experian.com/fraud/center.html). A fraud alert tells creditors to follow certain procedures, including contacting you, before they open any new accounts or change your existing accounts. For that reason, placing a fraud alert can protect you, but also may delay you when you seek to obtain credit. As of September 21, 2018, initial fraud alerts last for one year. Victims of identity theft can also get an extended fraud alert for seven years. The phone numbers for all three credit bureaus are at the bottom of this page.

**Monitoring:** You should always remain vigilant and monitor your accounts for suspicious or unusual activity.

**Security Freeze:** You also have the right to place a security freeze on your credit report. A security freeze is intended to prevent credit, loans, and services from being approved in your name without your consent. To place a security freeze on your credit report, you need to make a request to each consumer reporting agency. You may make that request by certified mail, overnight mail, regular stamped mail, or by following the instructions found at the websites listed below. The following information must be included when requesting a security freeze (note that if you are requesting a credit report for your spouse or a minor under the age of 16, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue. As of September 21, 2018, it is free to place, lift, or remove a security freeze. You may also place a security freeze for children under the age of 16. You may obtain a free security freeze by contacting any one or more of the following national consumer reporting agencies:

| **Equifax Security Freeze** | **Experian Security Freeze** | **TransUnion Security Freeze** |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 160 |
| Atlanta, GA 30348 | Allen, TX 75013 | Woodlyn, PA 19094 |
| equifax.com/personal/credit-report-services/ | experian.com/freeze/center.html | transunion.com/credit-freeze |
| 1-800-349-9960 | 1-888-397-3742 | 1-888-909-8872 |

More information can also be obtained by contacting the Federal Trade Commission listed above.



Return to IDX:
P.O. Box 989728
West Sacramento, CA 95798-9728

*Via First-Class Mail*

<<First Name>> <<Middle Initial>> <<Last Name>> <<Suffix>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>

January 3, 2023

**Notice of Data <<Incident/Breach>>**

Dear <<First Name>> <<Last Name>>:

Maternal & Family Health Services recently experienced a data security incident which may have affected your personal information. We take the protection and proper use of your information seriously and sincerely apologize for any inconvenience this incident may cause. This letter contains additional information about the incident, our response to this incident and steps you can take to protect yourself. <<CA Residents: This notification was not delayed by law enforcement.>>

**What Happened**

On or about April 4, 2022, Maternal & Family Health Services experienced a ransomware incident. During a typical ransomware incident, cybercriminals try to "lock" an organization's digital files in an attempt to get paid for a digital key to unlock the files. We promptly launched an investigation, engaged a national cybersecurity firm to assist in assessing the scope of the incident and took steps to mitigate the potential impact to our community. Unfortunately, these types of incidents are becoming increasingly common and even organizations with some of the most sophisticated IT infrastructure available are affected. We have worked diligently to determine what happened and what information was involved as a result of this incident. A third-party forensic investigation determined the incident occurred between August 21, 2021 and April 4, 2022. <<RI Residents: The forensic investigation further determined that the incident potentially impacted approximately <<number>> Rhode Island residents.>>

**What Information Was Involved**

The elements of your personal information that may have been compromised may have included, and potentially were not limited to, your: name, address, date of birth, driver's license number, medical information and/or health insurance information. Please note that there is no evidence at this time that any of your personal information has been misused as a result of the incident.

**What We Are Doing**

We are working with cybersecurity counsel to determine the actions to take in response to the incident. Together, we continue to investigate and closely monitor the situation. Further, we are taking steps to strengthen our security posture to prevent a similar event from occurring again in the future.

Maternal & Family Health Services | 15 Public Square, Suite 600, Wilkes-Barre, PA 18701

**What You Can Do**

At this time, we are not aware of anyone experiencing fraud as a result of this incident. We encourage you to remain vigilant, monitor your accounts, and immediately report any suspicious activity or suspected misuse of your personal information. Additionally, we recommend that you review the following page, which contains important additional information about steps you can take to safeguard your personal information, such as the implementation of fraud alerts and security freezes.

**For More Information**

Please know that the protection of your personal information is a top priority, and we sincerely apologize for any concern or inconvenience that this matter may cause you. If you have any questions, please do not hesitate to call (833) 896-7339, Monday – Friday, 9 am - 9 pm Eastern Time.

Sincerely,

Maternal & Family Health Services

*Additional Important Information*

**For residents of *Hawaii, Michigan, Missouri, North Carolina, Vermont, Virginia, and Wyoming*:** It is recommended by state law that you remain vigilant for incidents of fraud and identity theft by reviewing credit card account statements and monitoring your credit report for unauthorized activity.

**For residents of *Illinois, Iowa, Maryland, Missouri, North Carolina, Oregon*, and *West Virginia*:** It is required by state laws to inform you that you may obtain a copy of your credit report, free of charge, whether or not you suspect any unauthorized activity on your account. You may obtain a free copy of your credit report from each of the three nationwide credit reporting agencies. To order your free credit report, please visit www.annualcreditreport.com, or call toll-free at 1-877-322-8228. You can also order your annual free credit report by mailing a completed Annual Credit Report Request Form (available at https://www.consumer.ftc.gov/articles/0155-free-credit-reports) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281.

**For residents of *Vermont*:** If you do not have internet access but would like to learn more about how to place a security freeze on your credit report, contact the Vermont Attorney General's Office at 802-656-3183 (800-649-2424 toll free in Vermont only).

**For residents of *New Mexico*:** Individuals interacting with credit reporting agencies have rights under the Fair Credit Reporting Act. We encourage you to review your rights under the Fair Credit Reporting Act by visiting https://files.consumerfinance.gov/f/documents/bcfp_consumer-rights-summary_2018-09.pdf, or by requesting information in writing from the Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

**For Residents of *Washington, D.C.*:** You can obtain information about steps to take to avoid identity theft from the Office of the Attorney General for the District of Columbia at: 441 4th Street, NW, Washington, DC 20001; 202-727-3400; www.oag.dc.gov.

**For residents of *Iowa*:** State law advises you to report any suspected identity theft to law enforcement or to the Attorney General.

**For residents of *Oregon*:** State laws advise you to report any suspected identity theft to law enforcement, including the Attorney General, and the Federal Trade Commission.

***For residents of Maryland, Rhode Island, Illinois, New York, and North Carolina:*** You can obtain information from the Maryland and North Carolina Offices of the Attorney General and the Federal Trade Commission about fraud alerts, security freezes, and steps you can take toward preventing identity theft.

**Maryland Office of the Attorney General** Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202 1-888-743-0023 www.oag.state.md.us

**Rhode Island Office of the Attorney General** Consumer Protection, 150 South Main Street, Providence, RI 02903 1-401-274-4400 www.riag.ri.gov

**North Carolina Office of the Attorney General** Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001 1-877-566-7226 www.ncdoj.com

**Federal Trade Commission** Consumer Response Center, 600 Pennsylvania Ave, NW Washington, DC 20580 1-877-IDTHEFT (438-4338) www.ftc.gov/idtheft

**New York Office of Attorney General** Consumer Frauds & Protection, The Capitol, Albany, NY 12224 1-800-771-7755 https://ag.ny.gov/consumer-frauds/identity-theft

**For residents of *Massachusetts and Rhode Island*:** It is required by state law that you are informed of your right to obtain a police report if you are a victim of identity theft.

**For residents of all states:**

**Fraud Alerts:** You can place fraud alerts with the three credit bureaus by phone and online with Equifax (https://assets.equifax.com/assets/personal/Fraud_Alert_Request_Form.pdf); TransUnion (https://www.transunion.com/fraud-alerts); or Experian (https://www.experian.com/fraud/center.html). A fraud alert tells creditors to follow certain procedures, including contacting you, before they open any new accounts or change your existing accounts.  For that reason, placing a fraud alert can protect you, but also may delay you when you seek to obtain credit. As of September 21, 2018, initial fraud alerts last for one year. Victims of identity theft can also get an extended fraud alert for seven years. The phone numbers for all three credit bureaus are at the bottom of this page.

**Monitoring:** You should always remain vigilant and monitor your accounts for suspicious or unusual activity.

**Security Freeze:** You also have the right to place a security freeze on your credit report.  A security freeze is intended to prevent credit, loans, and services from being approved in your name without your consent. To place a security freeze on your credit report, you need to make a request to each consumer reporting agency. You may make that request by certified mail, overnight mail, regular stamped mail, or by following the instructions found at the websites listed below. The following information must be included when requesting a security freeze (note that if you are requesting a credit report for your spouse or a minor under the age of 16, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement.  It is essential that each copy be legible, display your name and current mailing address, and the date of issue. As of September 21, 2018, it is free to place, lift, or remove a security freeze. You may also place a security freeze for children under the age of 16. You may obtain a free security freeze by contacting any one or more of the following national consumer reporting agencies:

| **Equifax Security Freeze** | **Experian Security Freeze** | **TransUnion Security Freeze** |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 160 |
| Atlanta, GA 30348 | Allen, TX 75013 | Woodlyn, PA 19094 |
| equifax.com/personal/credit-report-services/ | experian.com/freeze/center.html | transunion.com/credit-freeze |
| 1-800-349-9960 | 1-888-397-3742 | 1-888-909-8872 |

More information can also be obtained by contacting the Federal Trade Commission listed above.