UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TATIANA ADKINS individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATERNAL & FAMILY HEALTH SERVICES, INC.,<br><br>Defendant. | Case No. 3:23-cv-00334<br><br>(Hon. Malachy E. Mannion) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Tatiana Adkins ("Plaintiff") and Defendant Maternal & Family Health Services, Inc. ("Defendant"), by and through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to Plaintiff, individually, and without prejudice as to the putative class, and without costs to either party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SO STIPULATED AND AGREED, on this 10th day of July, 2023.

/s/ *Bryan L. Clobes*
Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 North Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
bclobes@caffertyclobes.com

/s/ *David J. Shannon*
David J. Shannon, Esq.
Vlada Tasich, Esq.
Michael A. Salvati, Esq.
**MARSHAL DENNEHEY WARNER COLEMAN & GOGGIN**
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (215) 575-2600
djshannon@mdwcg.com
vxtasich@mdwcg.com
masalvati@mdwcg.com

*Attorneys for Defendant*

1

Daniel O. Herrera
Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Attorneys for Plaintiff*

Dated: 7/11/23

APPROVED BY THE COURT

_____
MALACHY E. MANNION, U.S.D.J.

2